## CHRISTIAN H. DRIBUSCH
### TRUSTEE IN BANKRUPTCY

THE PATROON BUILDING
FIVE CLINTON SQUARE
ALBANY NY 12207

(518) 436-1662

FAX: (518) 432-1996
EMAIL: cdribusch@nycap.rr.com

### AUGUST 12, 2010

Re:    **In re COX, HEATH J**
       **COX, ANGELA L**
      **Case No. 08-62570-DD-7**
      Debtor(s) Social Security Number(s)- Last 4 digits
      Debtor SSN: xxx-xx-2236    Joint Debtor SSN: xxx-xx-6771

Dear Central Service,

      Enclosed please find a final distribution check drawn on the account for the above referenced chapter 7 bankruptcy estate.  You are receiving this distribution because you filed an allowed claim in the case.

*8/13/10 mD*

| Claim # | Claimed Amount | Amount Allowed | Amount Paid |
|---------|----------------|----------------|-------------|
| 6 | 13.47 | 13.47 | Total Payment - This Distribution: 0.97 |
| | | | |

      Please cash this check immediately so that this account can be closed, and be advised that all checks outstanding for more then 90 days will be canceled and the proceeds tendered to the bankruptcy court.

                           Sincerely,

                           /s/ Christian H. Dribusch
                           Christian H. Dribusch, Trustee

Central Service
33 E Orvis St PO Box 549
Massena NY 13662

*Receipt # 61000406*

8/12/2010 1:36:55 PM